## LAW OFFICE OF VINCENT CUOCCI, P.C.

ATTORNEY-AT-LAW

320 West Main Street
Sayville, New York  11782
(631) 758-7878 tel.
(631) 758-7877 fax

November 26, 2014

Chambers of the Hone. Nancy Hershey Lord
U.S. Bankruptcy Court – EDNY
Conrad B. Duberstein U.S. Courthouse
271 Cadman Plaza East
Brooklyn, NY 11201-1800

                      Re:    Alba, Rosemarie
                                 Ch 13 Case No.:14-41642-nhl
                                 Loss Mitigation Status Report

Honorable Madam:

      I represent the borrower herein.  This matter is presently scheduled for a Loss Mitigation Hearing on January 6, 2014 @ 10:30 a.m. It is also presently scheduled for a confirmation hearing on December 10, 2014.

      I am pleased to report that the Debtor has accepted a trial modification offer from Select Portfolio Servicing (SPS) which calls for three (3) trial payments to be made December 1, 2014; January 1, 2015 and February 1, 2015.  I tendered the initial trial payment directly to SPS via overnight mail earlier today.

      Accordingly, I am requesting that the loss mitigation hearing and confirmation hearing each be adjourned to a date after the trial payments have completed.

      I thank the Court for its usual courtesy.

                                                                             Respectfully,

                                                                     /s/ Vincent Cuocci
                                                                    Vincent Cuocci, Esq.

Cc:    Shapiro DiCaro & Barak